UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUROVIA SAS, | |
| Plaintiff, | **ORDER** |
| - against - | 20 Civ. 3706 (PGG) |
| THE LANE CONSTRUCTION CORPORATION, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to compel arbitration:

1. Defendant's motion is due on **October 7, 2020**;

2. Plaintiff's opposition is due on **October 28, 2020**; and

3. Defendant's reply, if any, is due on **November 4, 2020**.

The Clerk of Court is directed to terminate Dkt. No. 12.

Dated: New York, New York
September 15, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge