UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUROVIA SAS,

                     Plaintiff,

     v.

THE LANE CONSTRUCTION CORPORATION,

                     Defendant.

**ORDER**

20 Civ. 3706 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference currently scheduled for October 8, 2020, is adjourned sine die.

Dated: New York, New York
       September 17, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge